UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  DR:23-CR-02260(1)-AM |
| (1) JORGE RENAUS GONZALEZ-VELAZQUEZ | § § | |

**ORDER OF REFERRAL**

The Court hereby ORDERS that the above-styled case is referred to the **Honorable Collis White**, United States Magistrate Judge, for the purpose of rearraignment/plea.

Plea is set for **October 17, 2023 @ 10:00 a.m.**

SIGNED this 3rd day of October, 2023

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE